2/17/15

Texas Court of Criminal Appeals

P. O. Box 12308

Austin, TX 78711

To Whom It May Concern,

Please note I have moved and my new address is Brennen L Bledsoe 202 Fairway, Chandler, TX 75758. If you have any questions I can be reached at (903) 508-7937. Thank you for your attention in this matter.

Thank You,

Brennen Bledsoe

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 19 2015

Abel Acosta, Clerk